UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,                                7:19-MJ-10990(MRG)

                Plaintiff,

                                                J U D G M E N T

    -against-

Dan L. Ford,

                Defendant.

---

        The issues in the above entitled action were brought before the Honorable Martin R. Goldberg, United States Magistrate Judge, on November 22, 2019. The Court thereafter accepted the defendant's plea of guilty to Driving Without a Valid New York State License, in violation of § 509 of the New York Vehicle and Traffic Law, in full satisfaction of the Misdemeanor Complaint filed November 22, 2019, and it is,

        ORDERED, ADJUDGED AND DECREED that the Defendant pay a fine of $75.00 by December 8, 2019 or appear before this Court on 12/9/2019 at 9:00 a.m. to explain why the fine has not been paid.

Dated: Sept 9, 2022
Poughkeepsie, N.Y.

                                                                           SO ORDERED:

                                                                           Hon. Martin R. Goldberg
                                                                           United States Magistrate Judge